IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

------------------------------------------------------- :
: 
: CASE NO.  1:13 CV 0343
MICHAEL SPIGNER, :
                Petitioner :
: ORDER OF DISMISSAL
:
     -vs- :
:
:
:
SARA M. REVELL, WARDEN,

                Respondent.
-------------------------------------------------------

UNITED STATES DISTRICT JUDGE LESLEY WELLS

     Pursuant to the Memorandum of Opinion issued in the above-captioned case this date, the petition is dismissed pursuant to 28 U.S.C. § 2243. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

     IT IS SO ORDERED.

                                                /s/ Lesley Wells
                                        UNITED STATES DISTRICT JUDGE

Date:  14 August 2013